```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 31, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
TREVOR MURRAY,                                        :
                                                      :
                        Plaintiff,                    :
                                                      :      14 Civ. 927 (KPF)
             v.                                       :
                                                      :      OPINION AND ORDER
UBS SECURITIES, LLC and UBS AG,                       :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

On March 31, 2017, the Court issued to the parties an Opinion and Order denying Defendants' motion for summary judgment. By **April 13, 2017**, the parties shall submit to the Court a joint proposal for redactions to that Opinion and Order, after which a redacted version will be filed on the Court's electronic docket. The Clerk of Court is directed to terminate the motion at Docket Entry 98.

         SO ORDERED.

Dated:   March 31, 2017
         New York, New York
                                          _____
                                                KATHERINE POLK FAILLA
                                                United States District Judge