USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   April 26, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    TREVOR MURRAY,                                    :
                                                      :
                              Plaintiff,              :        14 Civ. 927 (KPF)
                                                      :
              v.                                      :        ORDER
                                                      :
    UBS SECURITIES, LLC, *et al.*,                    :
                                                      :
                              Defendants.  :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

        Consistent with the parties' correspondence with the Court (Dkt. #146),

trial in this matter is set to begin on **December 4, 2017, at 9:00 a.m.**  The

following pretrial schedule is hereby ORDERED:

        The parties' Joint Pretrial Order, jury charge requests, proposed

questions for voir dire, any motions *in limine*, and any pretrial memoranda of

law are due **November 6, 2017**; any opposition papers are due **November 13,**

**2017**.  The parties are reminded to consult Rule 7 of the Court's Individual

Rules of Practice in Civil Cases in preparing these materials for submission.

The final Pretrial Conference will be held on **November 21, 2017, at 11:00**

**a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square,

New York, New York.

        SO ORDERED.

Dated:      April 26, 2017
            New York, New York

                                                _____
                                                     KATHERINE POLK FAILLA
                                                   United States District Judge