```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :
TREVOR MURRAY,                                :
                                              :
                        Plaintiff,            :
                                              :
        -against-                             :   Civil Action No. 14 Civ. 0927 (KPF)
                                              :
UBS SECURITIES, LLC and UBS AG,               :
                                              :
                        Defendants.           :
                                              :
-----------------------------------------------------------x
```

## DEFENDANTS' PROPOSED VERDICT FORM

**Sarbanes-Oxley Act Elements**

1.  **Did Plaintiff Murray prove by a preponderance of the evidence that he engaged in "protected activity" as explained in the jury charges?**

    No _____   Yes _____

    If you answered "NO," you should not answer the remaining questions.

2.  **Did Plaintiff Murray prove by a preponderance of the evidence that UBS was aware of his "protected activity"?**

    No _____   Yes _____

    If you answered "NO," you should not answer the remaining questions.

3.  **Did Plaintiff Murray prove by a preponderance of the evidence that his "protected activity" was a contributing factor in the termination of his employment?**

    No _____   Yes _____

    If you answered "NO," you should not answer the remaining questions.

4.  **Did Defendant UBS prove by clear and convincing evidence that it would have terminated Plaintiff Murray's employment even if he had not engaged in "protected activity"?**

    No _____ Yes _____

    If you answered "YES," you should not answer the remaining questions.

**Damages**

5.  **Did Plaintiff Murray prove by a preponderance of the evidence that he should be awarded back-pay damages from February 20, 2012 to the date of trial to compensate for a net loss of wages and benefits?**

    No _____ Yes _____

    If your answer is "YES," what amount has plaintiff proven he is entitled to?
    $_____
    (stating the amount).

6.  **Did Defendant UBS prove by a preponderance of the evidence that Plaintiff Murray failed to mitigate his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment?**

    No _____ Yes _____

    If your answer is "YES," what amount of the damages listed in response to Question No. 5 could plaintiff have avoided?
    $_____
    (stating the amount).

7.  **Did Plaintiff Murray prove by a preponderance of the evidence that he should be awarded front-pay damages from the completion of this trial onwards to compensate for a net loss of wages and benefits as a direct result of UBS's conduct?**

    No _____ Yes _____

    If your answer is "YES," what amount has plaintiff proven he is entitled to?
    $_____
    (stating the amount).

**8.    Did Plaintiff Murray prove by a preponderance of the evidence that he suffered emotional distress or mental anguish as a direct result of UBS's conduct?**

No _____ Yes _____

If your answer is "YES," what amount has plaintiff proven he is entitled to?
$_____
(stating the amount).



SO SAY WE ALL.

_____
Foreperson

DATED:_____



Dated: October 6, 2017                           GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Gabrielle Levin
       Gabrielle Levin

       200 Park Avenue, 48th Floor
       New York, New York 10166
       Telephone: 212.351.3901
       Facsimile: 212.351.5301
       glevin@gibsondunn.com

       *Attorney for Defendants*