UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
TREVOR MURRAY, :
:
        Plaintiff, :
:
 -against- :   Civil Action No. 14 Civ. 0927 (KPF)
:
UBS SECURITIES, LLC and UBS AG, :
:
        Defendants. :
:
------------------------------------------------------------x

**NOTICE OF DEFENDANTS' MOTION IN LIMINE TO
EXCLUDE ARGUMENT AND EVIDENCE ON REINSTATEMENT**

    PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated November 6, 2017, and all prior papers and proceedings had herein, Defendants UBS AG and UBS Securities LLC (collectively, "UBS") will respectfully move this Court, before the Honorable Katherine Polk Failla, at a date and time to be determined by the Court, for an order, pursuant to this Court's inherent authority to manage the course of its trials, excluding argument and evidence on reinstatement as a possible remedy.

    PLEASE TAKE FURTHER NOTICE that any papers in opposition shall be served within seven (7) days after service of this motion.

    PLEASE TAKE FURTHER NOTICE that oral argument is requested on this motion.

Dated:  November 6, 2017        Respectfully submitted,

                                  By:  /s/ Gabrielle Levin

                                  Gabrielle Levin
                                  GIBSON, DUNN & CRUTCHER LLP
                                  200 Park Avenue, 48th Floor
                                  New York, New York  10166
                                  Telephone:  (212) 351-3901
                                  Facsimile:  (212) 351-5301

glevin@gibsondunn.com

Daniel P. Chung
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, District of Columbia 20036
Telephone:  202.887.3729
Facsimile:  202.530.9639

*Attorneys for Defendant*