UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TREVOR MURRAY,

                            Plaintiff,                      14 CV 927 (KPF)

          V.

UBS SECURITIES, LLC and UBS AG,

                            Defendants.
------------------------------------------------------------------X

**NOTICE OF MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING
UNRELATED REDUCTIONS IN FORCE**

      **PLEASE TAKE NOTICE** that, upon accompanying Memorandum of Law in Support of Motion in Limine to Exclude Evidence Concerning Unrelated Reductions in Force, Plaintiff Trevor Murray will move this Court, on November 21, 2017, at 4:30 p.m., at the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, Courtroom 618, for an Order excluding from trial evidence, argument, and references concerning reductions in force that are unrelated to Plaintiff's employment or the termination thereof, and granting such other and further relief as the Court deems appropriate.

1

Dated: November 6, 2017
New York, New York

                                BROACH & STULBERG, LLP
                                *Attorneys for Plaintiff*

                                By:_____/s/_____
                                    Robert B. Stulberg
                                    Amy F. Shulman
                                One Penn Plaza, Suite 2601
                                New York, New York 10119
                                (212) 268-1000
                                rstulberg@brostul.com

                                HERBST LAW PLLC
                                *Attorneys for Plaintiff*
                                By:  Robert L. Herbst
                                420 Lexington Avenue, Suite 300
                                New York, New York 10170
                                (646) 543-2354
                                rherbst@herbstlawny.com