UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
TREVOR MURRAY, :
:
           Plaintiff, :
:
   -against- :   Civil Action No. 14 Civ. 0927 (KPF)
:
UBS SECURITIES, LLC and UBS AG, :
:
           Defendants. :
:
-----------------------------------------------------------x

**NOTICE OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
UNAUTHORIZED REPLY AND OTHER MOTION IN LIMINE FILINGS**

    PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated November 18, 2017, and all prior papers and proceedings had herein, Defendants UBS AG and UBS Securities LLC (collectively, "UBS") will respectfully move this Court, before the Honorable Katherine Polk Failla, at a date and time to be determined by the Court, for an order striking Plaintiff's unauthorized reply memorandum of law in support of his motions in limine, as well as his untimely motions in limine, and untimely and over-length opposition to UBS's motions in limine.

    PLEASE TAKE FURTHER NOTICE that oral argument is requested on this motion.

Dated:  November 18, 2017        Respectfully submitted,

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By:  /s/ Gabrielle Levin

                                          Gabrielle Levin
                                          200 Park Avenue, 48th Floor
                                          New York, New York  10166
                                          Telephone:  (212) 351-3901
                                          Facsimile:  (212) 351-5301
                                          glevin@gibsondunn.com

2

        Daniel P. Chung
        1050 Connecticut Ave., NW
        Washington, District of Columbia 20036
        Telephone:  202.887.3729
        Facsimile:  202.530.9639

*Attorneys for Defendant*