UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
TREVOR MURRAY,                                            :
                                                          :
                    Plaintiff,                            :
                                                          :
        -against-                                         :   Civil Action No. 14 Civ. 0927 (KPF)
                                                          :
UBS SECURITIES, LLC and UBS AG,                           :
                                                          :
                    Defendants.                           :
                                                          :
----------------------------------------------------------x

## DECLARATION OF GABRIELLE LEVIN

I, GABRIELLE LEVIN, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am a member of the bar of this Court and a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel to defendants UBS Securities LLC and UBS AG in the above-captioned action.  I respectfully submit this declaration in support of defendants' motion in limine relating to monetary damages.  I have personal knowledge of the facts set forth herein, and if called as a witness I would testify as follows.

2.      Attached as **Exhibit 1** is a true and correct copy of selected pages of the transcript of the October 14, 2015 deposition of Trevor Murray.

3.      Attached as **Exhibit 2** is a true and correct copy of an email sent by Plaintiff on June 7, 2013, including an attached copy of his resume, bates stamped P1055 through P1056.

4.      Attached as **Exhibit 3** is a true and correct copy of relevant excerpts from UBS AG's Form 6-K with the title "UBS Announces Strategic Acceleration From A Position Of Strength," publicly filed with the Securities and Exchange Commission ("SEC") on October 30, 2012.

5.      Attached as **Exhibit 4** is a true and correct copy of relevant excerpts from UBS

AG's Form 6-K with the title "Third Quarter 2012 Results & Strategy Update," publicly filed with the SEC on October 30, 2012.

6. Attached as **Exhibit 5** is a true and correct copy of Excel spreadsheets containing personnel information, bates stamped UBS_TMurray_036613 through UBS_TMurray_036615, and UBS_TMurray_037803.

7. Attached as **Exhibit 6** is a true and correct copy of selected pages of the transcript of the October 15, 2015 deposition of David Nass.

8. Attached as **Exhibit 7** is a true and correct copy of an organization chart for UBS's U.S. Real Estate Finance business, dated June 29, 2011, bates stamped UBS_TMurray_01292 through UBS_TMurray_01293.

9. Attached as **Exhibit 8** is a true and correct copy of relevant excerpts from UBS AG's Form 20-F for the fiscal year ended December 31, 2012, publicly filed with the SEC on March 14, 2013.

10. Attached as **Exhibit 9** is a true and correct copy of a relevant excerpt of the UBS U.S. Employee Handbook, dated October 27, 2011, bates stamped UBS_TMurray_0343.

11. Attached as **Exhibit 10** is a true and correct copy of a relevant excerpt of UBS's 2011 Compensation Report, bates stamped UBS_TMurray_013298 through UBS_TMurray_013301.

12. Attached as **Exhibit 11** is a true and correct copy of a relevant excerpt of UBS's 2016 Compensation Report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 6, 2017.

/s/ Gabrielle Levin

Gabrielle Levin