**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Gabrielle Levin
Direct: +1 212.351.3901
Fax: +1 212.351.5301
GLevin@gibsondunn.com

Client: 93292-00135

December 19, 2017

VIA ECF

The Honorable Katherine Polk Failla
United States District Court
  for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re:   Murray v. UBS Securities LLC and UBS AG, Case No. 14 Civ. 0927 (KPF)

Dear Judge Failla:

We represent defendants UBS Securities LLC and UBS AG (collectively, "UBS") in the above-referenced action. We write to provide the Court with citations to the portions of the audio recording of the forensic psychiatric examination of Plaintiff by Dr. Stuart Kleinman (DX-176) which Plaintiff informed us were played in Court during the direct examination of Plaintiff on December 7, 2017.

According to a list Plaintiff provided to UBS, the following excerpts were played:

| Begin Time | End Time |
|---|---|
| 38:02 | 39:00 |
| 39:18 | 39:57 |
| 40:54 | 43:51 |
| 56:13 | 56:53 |
| 2:14:59 | 2:18:20 |
| 2:19:23 | 2:19:41 |
| 2:20:00 | 2:21:06 |
| 2:21:46 | 2:24:28 |
| 2:48:13 | 2:53:49 |
| 3:43:17 | 3:46:41 |
| 5:16:22 | 5:35:03 |
| 5:45:45 | 5:57:40 |

Respectfully,

/s/ Gabrielle Levin
Gabrielle Levin