Law Offices
# HERBST LAW PLLC

December 21, 2017

**BY EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 21, 2017
```

     Re:   <u>Murray v. UBS Securities LLC, et al.</u>
           14-CV-927 (KBF) (SN)

Dear Judge Failla:

     We represent plaintiff in the above-referenced action and write to submit the portions of PX 158 that were played during the trial:

| Begin Time | End Time | Begin Tr. Pg | Ln | End Tr. Pg | Ln |
|---|---|---|---|---|---|
| **38:02** | **39:00** | 26 | 20 | 27 | 6 |
| **39:18** | **39:57** | 27 | 17 | 28 | 5 |
| **40:54** | **43:51** | 28 | 25 | 31 | 10 |
| **56:13** | **56:53** | 41 | 14 | 42 | 21 |
| **2:14:59** | **2:18:20** | 109 | 7 | 112 | 3 |
| **2:19:23** | **2:19:41** | 112 | 23 | 113 | 11 |
| **2:21:46** | **2:24:28** | 115 | 8 | 117 | 18 |
| **2:48:13** | **2:53:49** | 134 | 25 | 138 | 11 |
| **3:43:17** | **3:46:41** | 166 | 21 | 168 | 20 |
| **5:16:22** | **5:35:03** | 243 | 8 | 254 | 22 |

**420 Lexington Avenue, Suite 300 • New York, New York 10170**
646-543-2354 • fax (888) 482-4676

Law Offices
# HERBST LAW PLLC

| 5:45:45 | 5:57:40 | 266 | 12 | 271 | 6 |
|---|---|---|---|---|---|

                                                  Respectfully yours,

                                                  /s/ Robert L. Herbst

                                                  Robert L. Herbst

ec:    All Counsel By Email