

**Broach & Stulberg** LLP
Attorneys at Law

| Robert B. Stulberg | T 212.268.1000 | One Penn Plaza, Suite 2601 |
| Partner | F 212.947.6010 | New York, New York 10119 |
| rstulberg@brostul.com | www.brostul.com | |

**MEMO ENDORSED**

March 13, 2018

**BY ECF AND EMAIL**
Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 13, 2018

Re:     <u>Murray v. UBS Securities LLC and UBS AG, Case No. 14-CV-0927 (KPF)</u>

Dear Judge Failla:

      We represent Plaintiff Trevor Murray. Pursuant to the Court's February 9, 2018 Order (ECF No. 279), the parties' post-trial opposition briefs are due today, March 13, 2018, and reply briefs are due on March 27, 2018. We write to respectfully request a two business-day extension of those deadlines, due to a combination of a serious medical emergency and extended weather-related power outages affecting two members of plaintiff's trial team. Defendants' counsel have advised us that defendants consent to the instant request.

      One member of plaintiff's trial team suffered a broken thumb over the weekend and is undergoing four hours of surgery today. He also was without power for approximately two days last week after the Nor'easter deposited two feet of snow. Another member of the trial team lost power for three days last week as a result of the same snowstorm, and lost considerable work time while trying to reconnect to the grid.

      If the instant request is granted, the above-referenced schedule would be modified as follows: post-trial opposition briefs would be due on March 15, 2018, and replies would be due on March 29, 2018.

      The Court's considerations are appreciated.

Respectfully submitted

BROACH & STULBERG, LLP
*Attorneys for Plaintiff*

By:_____s/_____
      Robert B. Stulberg
      Amy F. Shulman

HERBST LAW PLLC
*Attorneys for Plaintiff*
By:  Robert L. Herbst

cc (by ecf and email):  Gabrielle Levin, Esq.
                      Danielle Chung, Esq.

Application GRANTED. As this is Plaintiff's second request to extend the briefing schedule, Plaintiff is advised that no further extensions will be granted.

Dated:    March 13, 2018                SO ORDERED.
          New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE