UNITED STATES DISTRICT COURT  BOND NO. 107328810
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

TREVOR MURRAY,

        Plaintiff,

-against-   Civil Action No. 14 Civ. 0927 (KPF)

UBS SECURITIES LLC and UBS AG,

        Defendants.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2021

**SUPERSEDEAS BOND**

KNOW ALL BY THESE PRESENTS:

That we, UBS Securities LLC and UBS AG, as Principal, and Travelers Casualty and Surety Company of America, a corporation authorized to transact surety business in the State of New York as Surety, are held and firmly bound unto Trevor Murray in the total amount of $2,966,683.15 for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally by these presents.

WHEREAS, the above named UBS Securities LLC and UBS AG desire to give an undertaking for and have filed its notice of appeal to the U.S. Court of Appeals for the Second Circuit, which has been designated case number 20-4202, of the Court's Final Judgment, previously decided in the U.S. District Court for the Southern District of New York wherein the said UBS Securities LLC and UBS AG are Defendants and being numbered Case No. 14-CV-0927 (KPF) on the docket thereof;

NOW THEREOF, the condition of this obligation is such that if the said UBS Securities LLC and UBS AG shall pay all costs, disbursements and judgments incurred by reason of the said appeal, then this obligation shall be null and void and released and otherwise to remain in

RUBY J. KRAJICK
CLERK OF COURT
approved 1/15/2021
BY _____
Deputy Clerk

full force and effect, provided however, the maximum liability of the surety shall not exceed the penal same of $2,966,683.15.

IN WITNESS OF, UBS Securities LLC and UBS AG, as Principal, and Travelers Casualty and Surety Company of America, as Surety, have hereunto set our hands this 13th day of January 2021.


**UBS Securities LLC**

By: *[signature]* Jordan Schiffman, Managing Director

**UBS AG**

By: *[signature]* Christine Fitzgerald, Executive Director


**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

By: *[signature]* Cori Wilson, Attorney-in-Fact



By: Deputy Clerk

## CORPORATE ACKNOWLEDGMENT

STATE OF __NEW YORK__

COUNTY OF __WESTCHESTER__

On this __14th__ day of __January__, __2021__ before me personally came __Jordan Schiffman__ to me known, who, being by me duly sworn, did depose and say that he/she resides in __WESTCHESTER CTY__; that he/she is the __Managing Director and Counsel__ of __UBS Securities LLC__ that corporation described in and which executed the above instrument; and that he/she signed his/her name thereto by order of the Board of Directors of said Corporation.

_[signature]_

Notary Public or Commissioner of Deeds

ANGEL ARIAS
Notary Public, State of New York
No. 01AR5040048
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 6, 2023

## CORPORATE ACKNOWLEDGMENT

STATE OF __NEW YORK__

COUNTY OF __WESTCHESTER__


On this __14th__ day of __January__, __2021__ before me personally came __Christine Fitzgerald__ to me known, who, being by me duly sworn, did depose and say that he/she resides in __Westchester Cty__; that he/she is the __Executive Director and Counsel__ of __UBS AG__ that corporation described in and which executed the above instrument; and that he/she signed his/her name thereto by order of the Board of Directors of said Corporation.


_[signature]_

Notary Public or Commissioner of Deeds

**ANGEL ARIAS**
**Notary Public, State of New York**
**No. 01AR5040048**
**Qualified in Queens County**
**Certificate Filed in New York County**
**Commission Expires March 6, 20 23**

State of _____Pennsylvania_____ } ss:
County of _____Philadelphia_____ }

On _____January 13, 2021_____, before me, a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared

_____Cori Wilson_____

known to me to be Attorney-in-Fact of ____Travelers Casualty and Surety Company of America____ the corporation described in and that executed the within and foregoing instrument, and known to me to be the person who executed the said instrument in behalf of the said corporation, and he duly acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year stated in this certificate above.

My Commission Expires ____September 22, 2021____     *Maureen McNeill*
                                                     Maureen McNeill        Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MAUREEN McNEILL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 22, 2021

 | **Travelers Casualty and Surety Company of America**
**Travelers Casualty and Surety Company**
**St. Paul Fire and Marine Insurance Company**

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**: That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint_____ Cori Wilson _____, of _____ Minneapolis _____, _____ Minnesota _____, their true and lawful Attorney-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **3rd** day of **February, 2017**.

  

State of Connecticut

City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the **3rd** day of **February, 2017**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof**, I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June, 2021**



Marie C. Tetreault
Marie C. Tetreault, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this ___ 31st ___ day of ___ December ___, 2020 ___.

  

_____
Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney-in-Fact and the details of the bond to which the power is attached.*

Marsh