UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR MURRAY,

                          Plaintiff,

                -v.-

UBS SECURITIES, LLC and UBS AG,

                          Defendants.

14 Civ. 927 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On September 26, 2022, this case was remanded to this Court for a new trial. (Dkt. #395). Accordingly, the parties are hereby ORDERED to meet and confer, and to send to the Court a joint letter discussing proposed next steps in this case, by **October 17, 2022**. In this letter, the parties shall indicate their availability for trial in the third and fourth quarters of 2023.

SO ORDERED.

Dated:   September 27, 2022
         New York, New York

KATHERINE POLK FAILLA
United States District Judge