

Sofia K. Johnson
Associate
sjohnson@stulbergwalsh.com

T 212.268.1000
F 212.947.6010
C 347.229.7901
www.stulbergwalsh.com

14 Wall Street, Suite 5G
New York, New York 10005

December 19, 2025

<u>**VIA ECF and E-MAIL**</u>

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse, 40 Foley Square
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

       RE:    *Murray v. UBS Securities, LLC,* No. 14-CV-927 (KPF)

Dear Judge Failla:

    In connection with Your Honor's December 10, 2025, Order permitting my admission to practice *pro hac vice* in the action *Murray v. UBS Securities, LLC,* Civil Action No. 14-CV-927 (KPF), I respectfully submit:

    1.    An affidavit pursuant to Local Civil Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, annexed hereto as Exhibit A;

    2.    The transcript of the December 10, 2025, conference before Your Honor whereupon my oral motion was granted, annexed hereto as Exhibit B; and

    3.    A Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, annexed hereto as Exhibit C.

    Thank you for Your Honor's time and consideration.

                     Very truly yours,

                     STULBERG & WALSH, LLP

                 By:    /s/ Sofia K. Johnson
                     Sofia K. Johnson
                     *Counsel for Trevor Murray*
                     Admitted *Pro Hac Vice*

cc: All Counsel via ECF