# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
TREVOR MURRAY, :
:
Plaintiff, :
: Civil Action No. 14 Civ. 927 (KPF)
-against- :
:
UBS SECURITIES LLC and UBS AG, :
:
Defendants. :
:
-----------------------------------------------------------x

**AFFIDAVIT OF SOFIA K. JOHNSON IN SUPPORT OF *PRO HAC VICE* ADMISSION**

I, Sofia K. Johnson, pursuant to Rule 1.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, state:

1. I am an Associate at the law firm Stulberg & Walsh, LLP.

2. I submit this affidavit as a supplement to the Court's Order granting my oral motion for admission to practice *pro hac vice* as counsel for Plaintiff Trevor Murray in the above-captioned action. *See* Exhibit B.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New York. *See* Exhibit C.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any court.

| | |
|---|---|
| Dated: New York, New York<br>December 19, 2025 | Respectfully submitted,<br><br>    /s/ Sofia K. Johnson<br>Sofia K. Johnson<br>Stulberg & Walsh, LLP<br>14 Wall Street, Suite 5G<br>New York, NY 10005<br>Telephone: (212) 268-1000<br>sjohnson@stulbergwalsh.com<br>*Counsel for Trevor Murray*<br>Admitted *Pro Hac Vice* |