# GIBSON DUNN

Anna M. McKenzie
Partner
T: +1 202.955.8205
amckenzie@gibsondunn.com

February 24, 2026

<u>VIA ECF</u>

> **MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Court
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:    *Murray v. UBS Securities LLC*, No. 14-cv-927 (KPF)

Dear Judge Failla:

Defendants UBS Securities, LLC and UBS AG (together "UBS") write in response to Plaintiff's February 24, 2026 letter, ECF No. 436, and pursuant to your Honor's February 19, 2026 Order directing the parties to inform the Court via a joint letter regarding their availability for trial in the above-titled action and inviting the parties to advise the Court if they are interested in exploring an alternative resolution of the case, ECF No. 435.

UBS does not object to Plaintiff's request that the Court adjourn the deadline for the joint letter until after the parties' private mediation on March 9, 2026.   UBS further proposes that, on or before March 16, 2026, the parties will advise the Court whether the mediation was successful.

To the extent the Court prefers to set a trial date in advance of the parties' mediation, UBS hereby confirms that UBS is available for a trial during the period of June 8–26, 2026.  However, the parties are continuing to discuss the extent to which the upcoming retrial will address the issue of damages.  If damages will be retried, additional time may be needed to conduct discovery regarding any new evidence relevant to that topic.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ *Anna M. McKenzie*
Anna M. McKenzie
*Counsel for Defendants*

cc: All Counsel via ECF

The Court appreciates the updates from the parties regarding the planned mediation.  (Dkt. #436-437).  In light of the above, the deadline for the parties to submit a joint letter regarding trial availability is hereby ADJOURNED from February 27, 2026, to **March 16, 2026.**

That letter shall also include (i) information about the results of the mediation and (ii) any requests for additional discovery time.

Dated:    February 25, 2026          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE